**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TATIANA LEIBEL, | Case No. 2:20-cv-02310-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER AND** <br> **REPORT AND RECOMMENDATION** |
| ED GARREN, ET AL., | |
| Defendants. | |

This matter is before the Court on pro se prisoner Plaintiff Tatiana Leibel's Application for Leave to Proceed in forma pauperis (ECF No. 1), filed on December 21, 2020. Plaintiff also filed a Motion for Supplement (ECF No. 3) on January 25, 2021.

Plaintiff's application indicates that she has a current account balance of $590.89, average monthly balance of $639.82, and average monthly deposits of $244.88. As a result, her Financial Certificate indicates that she can pay the full filing fee. She also signed the Financial Certificate acknowledging that if her current account balance is $400.00 or more, she does not qualify for in forma pauperis status and must pay the full filing fee before being allowed to proceed in this action. Accordingly, the Court will recommend that her application be denied and she be required to pay the full filing fee before proceeding in this action. It will not screen her complaint or supplements at this time given that recommendation.

## ORDER AND RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that Plaintiff Tatiana Leibel's Application for Leave to Proceed in forma pauperis (ECF No. 1) be denied and she be ordered to pay the full filing fee of $402 (increase from $400 effective December 1, 2020) within two weeks of the District Judge's Order accepting this recommendation.

1    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Supplement (ECF No. 3) is
2    denied.

3                                                    **NOTICE**

4    Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be
5    in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The
6    Supreme Court has held that the courts of appeal may determine that an appeal has been waived
7    due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142
8    (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file
9    objections within the specified time and (2) failure to properly address and brief the objectionable
10   issues waives the right to appeal the District Court's order and/or appeal factual issues from the
11   order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi
12   Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

13   DATED: January 27, 2021

14   _____
     DANIEL J. ALBREGTS
15   UNITED STATES MAGISTRATE JUDGE