UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TATIANA LEIBEL,  )
                )
       Plaintiff, )   Case No.: 2:20-cv-02310-GMN-DJA
   vs.          )
                )   **ORDER**
ED GARREN, *et al.*, )
                )
       Defendants. )
                )
                )

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Daniel Albregts, (ECF No. 4), which recommends that the Motion/Application for Leave to Proceed *in forma pauperis*, (ECF No. 1), be denied, and Plaintiff Tatiana Leibel be ordered to pay the filing fee. After issuance of the R&R, Plaintiff paid the filing fee. (*See* Receipt of Payment, ECF No. 5).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

1   Here, no objections were filed, and the deadline to do so, February 10, 2021, has passed.
2   (*See* Min. Order, ECF No. 4).
3   Accordingly,
4   **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 4), is
5   **ACCEPTED AND ADOPTED in full**.
6   **IT IS FURTHER ORDERED** that, in light of Plaintiff's payment of the filing fee,
7   Plaintiff's Motion/Application for Leave to Proceed *in forma pauperis*, (ECF No. 1), is
8   **DENIED as moot**.
9   **IT IS FURTHER ORDERED** that the Clerk's Office shall file the Complaint in light
10  of Plaintiff's payment of the filing fee.
11  **DATED** this __26__ day of February, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court